## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRESTWOOD MEMBRANES, INC.,** | : | |
| **d/b/a i2M,** | : | |
| | : | |
| **Plaintiff,** | : | **3:15-CV-537** |
| **v.** | : | **(JUDGE MARIANI)** |
| | : | |
| **CONSTANT SERVICES, INC.** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW, THIS _____ DAY OF FEBRUARY, 2016**, upon consideration of

Defendant's Motion to Dismiss (Doc. 11), Defendant's Brief in Support thereof (Doc. 13),

and Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss (Doc. 15), **IT IS**

**HEREBY ORDERED THAT** Defendant's Motion (Doc. 11) is **DENIED** in its entirety.

Robert D. Mariani
United States District Judge