THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC.,

    Plaintiff,

v.

CONSTANT SERVICES, INC.,

    Defendant.

3:15-CV-537
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF MARCH, 2017, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 96), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 96), is **ADOPTED IN PART** as explained in the Court's accompanying Opinion and for the reasons discussed therein.

2. Defendants' Motion for Summary Judgment, (Doc. 56), is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Summary Judgment is **GRANTED** with respect to Count III of Plaintiff's Complaint, (Doc. 1), for breach of warranty. The Clerk of the Court is directed to enter judgment **IN FAVOR** of the Defendant and **AGAINST** the Plaintiff on this claim.

    b. In all other respects, Defendant's Motion for Summary Judgment is **DENIED**.

3. A telephone scheduling conference will be held on **Tuesday, April 4, 2017, at 3:45 p.m.** to schedule this case for trial. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

                                             Robert D. Mariani
                                             United States District Judge