THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC., :
:
    Plaintiff, :
v. : 3:15-CV-537
: (JUDGE MARIANI)
CONSTANT SERVICES, INC., :
:
    Defendant. :

**ORDER**

**AND NOW, THIS 1st DAY OF MAY, 2017,** upon consideration of Defendant's Motion for Reconsideration, (Doc. 110), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

Robert D. Mariani
United States District Judge