IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC.,

    Plaintiff,

v.

CONSTANT SERVICES, INC.,

    Defendant.

3:15-CV-537
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 30th DAY OF MAY, 2017, upon consideration of Plaintiff's Motion for Leave to Amend its Complaint, (Doc. 120), and all related filings, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Leave to Amend its Complaint, (Doc. 120), is **GRANTED**.

2. Plaintiff shall file its Amended Complaint, previously filed as an attachment to Plaintiff's Motion for Leave to Amend its Complaint, (Doc. 120-2), **within 5 days of the date of this Order**.

3. The parties shall be permitted to conduct additional fact discovery limited to the new matters raised by Plaintiff's Amended Complaint and to the extent permitted by the applicable rules of civil procedure. All such fact discovery shall be completed on or before **September 1, 2017**.

4. All deadlines established by this Court's pretrial scheduling order, (Doc. 113), **REMAIN IN EFFECT** and shall only be altered for extremely good cause shown.

_[signature]_
Robert D. Mariani
United States District Judge