IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC., :
:
    Plaintiff, :
  v. : 3:15-CV-537
: (JUDGE MARIANI)
CONSTANT SERVICES, INC., :
:
    Defendant. :

## ORDER

AND NOW, THIS 9th DAY OF JANUARY, 2018, upon consideration of Plaintiff's Motion for an Adverse Inference Instruction, (Doc. 54), **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **DENIED**. With respect to Plaintiff's arguments concerning spoliation, however, such denial will be **WITHOUT PREJUDICE** to Plaintiff's right to renew its Motion at trial subject to proof of the elements necessary to show spoliation.

_____
Robert D. Mariani
United States District Judge