IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRESTWOOD MEMBRANES, INC., | : |
| Plaintiff, | : |
| v. | : 3:15-CV-537 |
| | : (JUDGE MARIANI) |
| CONSTANT SERVICES, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 19th DAY OF JANUARY, 2018, upon review of Defendant's Motion in Limine to Preclude the Latham Warranty, (Doc. 143), **IT IS HEREBY ORDERED THAT** a ruling on the Motion is **DEFERRED** until trial. This Order, however, does not alter Defendant's responsibility to raise the objection found in its Motion at the appropriate time at trial, if warranted in light of the evidence adduced by that time. Failure to raise the issue at the appropriate time at trial will be deemed a waiver of the objections found within this Motion.

Robert D. Mariani
United States District Judge