IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC.,

    Plaintiff,

v.

CONSTANT SERVICES, INC.,

    Defendant.

3:15-CV-537
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 19th DAY OF JANUARY, 2018, upon review of Defendant's Motion in Limine to Preclude Expert Report and to Preclude Scott Hampton from Testifying at Trial, (Doc. 141), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

Robert D. Mariani
United States District Judge