IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRESTWOOD MEMBRANES, INC.,

 Plaintiff,

v.

CONSTANT SERVICES, INC.,

 Defendant.

3:15-CV-537
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 19th DAY OF JANUARY, 2018, upon review of Defendant's Motion in Limine to Preclude Portions of Plaintiff's Expert Report, (Doc. 139), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED WITHOUT PREJUDICE** to Defendant's right to challenge the admissibility of Mr. Sosa's testimony concerning the Exxon Mobil test on grounds not raised in Defendant's Motion.

Robert D. Mariani
United States District Judge