IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRESTWOOD MEMBRANES, INC., | : |
| Plaintiff, | : |
| v. | : 3:15-CV-537 |
| | : (JUDGE MARIANI) |
| CONSTANT SERVICES, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 23rd DAY OF JANUARY, 2018, upon review of Defendant's Motion in Limine to Preclude Plaintiff's Hybrid Witnesses, (Doc. 147), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED IN PART** and **DISMISSED AS MOOT IN PART** as follows:

1. To the extent that the Motion seeks to preclude Plaintiff from calling Allan MacKinlay as an expert witness, Defendant's Motion is **DENIED**.

2. To the extent that the Motion seeks to preclude Plaintiff from calling Bryan Burgess, Steven McEntee, Bob Buffalino, and David Kostrewski as expert witnesses, Defendant's Motion is **DISMISSED AS MOOT**.

Robert D. Mariani
United States District Judge